UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

LIBAN G.,                                  Case No. 26-CV-0326 (PJS/JFD)

                Petitioner,

v.                                              **ORDER**

PAMELA BONDI, in their official
capacity as Attorney General of the
United States; KRISTI NOEM, in her
capacity as Secretary of the United States
Department of Homeland Security;
TODD M. LYONS, in his official
capacity as Acting Director of the United
States Immigration and Customs
Enforcement; and David Easterwood, in
his official capacity as Acting Director,
St. Paul Field Office, U.S. Immigration
and Customs Enforcement,

                Respondents.

---

Petitioner Liban G. has filed a petition for a writ of habeas corpus. It appears that another habeas corpus petition may have been filed on behalf of the same petitioner earlier today. *See Liban G. v. Bondi*, No. 26-CV-0301 (SRN/ECW) (D. Minn.). If so, then any claims raised in this action almost certainly can be raised in the prior action, and there is no need for parallel, duplicative habeas proceedings.

Accordingly, Petitioner is directed to inform the Court by no later than 4:00 p.m. today whether he is the subject of the habeas petition initiating Case No. 26-CV-0301 (SRN/ECW). Finally, if Petitioner is the subject of the earlier habeas petition, then he

1

should explain why this matter should not be dismissed without prejudice as duplicative of the prior action.

    SO ORDERED.

Dated: January 15, 2026          _s/ John F. Docherty_____
                                                     JOHN F. DOCHERTY
                                                     United States Magistrate Judge