UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| LIBAN G., | Case No. 26-CV-0326 (PJS/JFD) |
| Petitioner, | |
| v. | ORDER |
| PAMELA BONDI, in their official capacity as Attorney General of the United States; KRISTI NOEM, in her capacity as Secretary of the United States Department of Homeland Security; TODD M. LYONS, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; and DAVID EASTERWOOD, in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement, | |
| Respondents. | |

---

Based on the representation of petitioner Liban G. that this proceeding is duplicative of a habeas corpus proceeding that he had initiated prior to filing this action [ECF No. 4], IT IS HEREBY ORDERED that this matter is DISMISSED WITHOUT PREJUDICE.  Petitioner may pursue in the first-filed proceeding any claims that might be available to him

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 15, 2026                    /s/ Patrick J. Schiltz
                                                         Patrick J. Schiltz, Chief Judge
                                                         United States District Court