# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Liban Hussan Guled, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: 26-cv-326 PJS/JFD |
| Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, | |
| Respondents. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is DISMISSED WITHOUT PREJUDICE. Petitioner may pursue in the first-filed proceeding any claims that might be available to him

Date: 1/17/2026                                                        KATE M. FOGARTY, CLERK